THE PEOPLE OF THE STATE OF NEW YORK ex rel. 740 PARK AVENUE CORPORATION, Respondent, against WALTER A. MUNGEER et al., Constituting the Tax Commission of the City of New York, Appellants. [740 Park Ave., Borough of Manhattan.] — Upon the present record we find that the assessments should be further modified as follows:

| Year | Land | Building | | Total |
|------|------|----------|---|-------|
| 1941–42 | $697,000 | $1,965,000 | | $2,662,000 (Same as Special Term) |
| 1942–43 | 675,000 | 1,925,000 | | 2,600,000 |
| 1943–44 | 650,000 | 1,885,000 | | 2,535,000 |

As so modified the order is unanimously affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.